**88-1709.** Southwest Wheel, Inc. v. Hartford Accident & Indemnity Co. *Summit County,* No. 13300. Cause dismissed, on application of counsel for appellant, effective October 27, 1988.

**88-1777.** Paul Vlack Co. v. BancOhio Natl. Bank. *Franklin County,* No. 87AP-1121. Cause dismissed, on application of counsel for appellant, effective October 26, 1988.